UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---

HORACE W. CRUMP,

        Plaintiff,        Case No. 1:11-cv-15

v.        Honorable Paul L. Maloney

UNKNOWN PATRICK et al.,

        Defendants.
_____/

## **JUDGMENT**

In accordance with the Opinion filed this date:

IT IS ORDERED that Plaintiff's action be DISMISSED WITH PREJUDICE for failure to state a claim pursuant to 28 U.S.C. §§ 1915(e) and 1915A, and 42 U.S.C. § 1997e(c).


Dated:   February 18, 2011        /s/ Paul L. Maloney
                                                    Paul L. Maloney
                                                    Chief United States District Judge